# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RODERICK SKINNER,

    Plaintiff

v.

EDWARD T. REED,

    Defendants

Case No.: 3:22-cv-00352-ART-CSD

**Report & Recommendation of United States Magistrate Judge**

    This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

    On August 5, 2022, Plaintiff, who is incarcerated within the Nevada Department of Corrections (NDOC) filed this action; however, it was not accompanied by an application to proceed *in forma pauperis* (IFP) and required inmate trust account statement and financial certificate or the filing fee. On August 31, 2022, the court issued an order directing Plaintiff to file a completed IFP application with the required financial certificate and inmate trust account statement or pay the filing fee within 30 days. Plaintiff was cautioned that a failure to timely comply with the court's order would lead to a recommendation for dismissal of this action without prejudice.

    Plaintiff failed to file an IFP application with the required inmate trust account statement and financial certificate or pay the filing fee; therefore, it is recommended that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

    Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: October 4, 2022

_____
Craig S. Denney
United States Magistrate Judge